UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| William Rogers, | |
| *Plaintiff*, | Case No. 1:25-cv-00154 |
| v. | |
| Deri Protocol, *et al.*, | **Plaintiff's Notice of Voluntary Dismissal** |
| *Defendants*. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff William Rogers hereby provides notice of voluntary dismissal of the above-captioned action without prejudice. No defendant has served an answer or motion for summary judgment in this matter.

//

- 1 -

- 2 -

Dated:  August 19, 2025  Respectfully submitted,

THE HODA LAW FIRM, PLLC

*/s/ Marshal J. Hoda*

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
12333 Sowden Road, Suite B
PMB 51811
Houston, TX 77080
o. (832) 848-0036
marshal@thehodalawfirm.com

*Attorney for Plaintiff*