IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| WILLIAM ROGERS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-00154 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| DERI PROTOCOL, EDGAR CHEN, and | § | |
| JOHN DOE DEFENDANTS WHO ARE | § | |
| OWNERS OF USDT CRYPTOCURRENCY | § | |
| HELD AT DEPOSIT ADDRESS | § | |
| 0x3b76a3699b563ad1af98ad581714c72315c83607 | § | |

## ACKNOWLEDGEMENT OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

The Court has received Plaintiff's Notice of Voluntary Dismissal [Dkt. 3] filed in the above-styled matter.

Plaintiff files the notice dismissing his claims without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, the Court acknowledges that all of Plaintiff's claims filed in this matter are hereby **DISMISSED WITHOUT PREJUDICE**.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs, that all Court dates and deadlines are **VACATED**, and that all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 25th day of August, 2025.**

*Michael J. Truncale*

Michael J. Truncale
United States District Judge